DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

IRA PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2691

_____

May 14, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Ira Parker, pro se.

PER CURIAM.

The order denying the "Motion to Vacate, Set Aside, Correct Judgment or Sentence" and dismissing the "Motion in Arrest of Judgment" rendered on September 18, 2024, is affirmed. The appeal is dismissed as untimely as to the order dismissing the "Motion to New Trial" rendered on August 28, 2024, without prejudice to filing a petition for belated appeal that complies with Florida Rule of Appellate Procedure 9.141(c).

Affirmed in part and dismissed in part.

ROTHSTEIN-YOUAKIM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.